# United States District Court
## District of Massachusetts

| | |
|---|---|
| TOMAS L. BOUKNIGHT, SR., ) | |
|       Plaintiff ) | ORDER ON APPLICATION |
| ) | TO PROCEED WITHOUT |
| v. ) | PREPAYMENT OF FEES |
| ) | |
| DEPARTMENT OF EDUCATION, ) | |
|       Defendants ) | Civil Action No. 04cv30064-MAP |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒ GRANTED.

    ☒ The clerk is directed to file the complaint.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTERED on ___March 25, 2004___.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge