# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

THOMAS L. BOUKNIGHT,

    Plaintiff(s)

           v.                            CIVIL ACTION NO. 3: 04-30064-MAP

THE UNITED STATES DEPARTMENT
OF EDUCATION,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant The United States Department of Education, against the plaintiff Thomas L. Bouknight, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                                      TONY ANASTAS,
                                      CLERK OF COURT

Dated:  September 2, 2004            By  /s/ Maurice G. Lindsay
                                          Maurice G. Lindsay
                                          Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                         [jgm.]